NATIONAL SURETY CORPORATION v. CHELSEA FIREPROOF STORAGE WAREHOUSES, INC., and Another.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOSEPH E. GLASS v. SPRINGFIELD L. I. CEMETERY SOCIETY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application for Letters of Administration, etc., of ESTHER ANNIE RECHTSCHAFFEN, Also Known as ESTHER FRIEDMAN and as ANNIE FRIEDMAN. NATHAN ZUCKER. LOUIS RECHTSCHAFFEN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (December 23, 1937.)

HENRY DAHNE, Respondent, v. L. E. CARPENTER & COMPANY, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LIVERIGHT PUBLISHING CORPORATION, Respondent, v. THEODORE DREISER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ISIDOR WEINER, Appellant, v. LEROCO REALTY CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of GEORGE FERGUSON, Respondent, v. WILLIAM J. PHELAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REBECCA DUCORSKY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. DAVID BATT, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [165 Misc. 540.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILDRED DECKER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GLADYS B. STEWART, Respondent, v. JAMES W. STEWART, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes for reversal.